FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Eric Darrell Nichols
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

versus

Jefferson Parish Correctional Center.
Ryan Fanguy.

Print the full name of all defendants in this action.
**DO NOT WRITE et al.**

CIVIL ACTION

NO. 19-12212

SECTION

SECT. JMAG. 1

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )  No (✓)

✓ Fee _Paupsin_
__ Process
X Dktd
__ CtRmDep
__ Doc. No.

TENDERED FOR FILING

AUG 16 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B.  If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

    Plaintiffs  _____
    _____

    Defendants  _____
    _____

2.  Court (If federal court, name of the district court; if state court, name the parish.) _____

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (For example:  Was this case dismissed?  Was it appealed?  Is it still pending?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: __Jefferson Parish Correctional Center__

A.  Is there a prisoner grievance procedure in this institution?
Yes ( )  No (✓)

B.  Did you present the facts relating to this complaint in the prisoner grievance procedure?  Yes ( )  No (✓)

C.  If your answer is "yes",

1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses.  If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.  _____

2

        2.     As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D.    If your answer is NO, explain why you have not done so: _____

_____ N/A _____

To my understanding this is the first step in my situation

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last) **Eric Darrell Nichols**

Prisoner Number **2039 4010**

Address **J.P.C.C    P.O box 388    Gretna, 70053**

Date of Birth **5/12/78**

Date of Arrest **10/31/18**

Date of Conviction **N/A**

3

III. A (continued) - ADDITIONAL PLAINTIFFS        In Re:_____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff (First - Middle - Last): Eric Darrell Nichols
Prisoner Number: 20394010
Address: J.P.C.C. P.O. box 388 Gretna La 70053
Date of Birth: 5-12-78
Date of Arrest: 10-31-18
Date of Conviction: _____
Signature: Eric Nichols

Full Name of Plaintiff (First - Middle - Last): _____
Prisoner Number: _____
Address: _____
Date of Birth: _____
Date of Arrest: _____
Date of Conviction: _____
Signature: _____

Full Name of Plaintiff (First - Middle - Last): _____
Prisoner Number: _____
Address: _____
Date of Birth: _____
Date of Arrest: _____
Date of Conviction: _____
Signature: _____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant **Ryan Fanguy** is employed as **Jefferson Parish Sheriff** at **Jefferson Parish Sheriff's Office**
Address for service: **725 Maple Ave Harvey La. 70058**

C. Defendant **Jefferson Parish** is employed as _____
**725 Maple Ave** at **725 Maple Ave Harvey LA 70058**
Address for service: _____

D. Defendant _____ is employed as _____
_____ at _____
Address for service: _____

E. Defendant _____ is employed as _____
_____ at _____
Address for service: _____

F. Defendant _____ is employed as _____
_____ at _____
Address for service: _____

G. Defendant _____ is employed as _____
_____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Detective Ryan Fanguy failed to conduct a proper investigation. There is clear and convincing evidence to prove my Innocence. DNA, cell tower records, and video footage of the actual crime. I am certainly a true victim of False imprisonment, Mental anguish, and defermation of character

4

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like compensation for pain and suffering, A fair investigation of all complaints, And for Ryan Fanguy to resign from Jefferson Parish Sheriffs office

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 5th day of August, 2019.

Eric nichols
(Signature of Plaintiff)

10/2015

5



Eric Nichols #2029465
JP CC 3BA-2A
P.O. box 388
Gretna LA, 70053

Clerks office
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans LA

