UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC DARRELL NICHOLS | CIVIL ACTION |
| VERSUS | NO. 19-12212 |
| JEFFERSON PARISH CORRECTIONAL CENTER, ET AL. | SECTION: "J"(1) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Jefferson Parish Correctional Center are **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that plaintiff's claims against Detective Ryan Fanguy are **STAYED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claims and that the case be restored to the trial docket upon plaintiff's motion once his criminal proceedings are concluded, so that the claims may proceed to final disposition.

New Orleans, Louisiana, this 1st day of November, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE