UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC DARRELL NICHOLS | CIVIL ACTION |
| VERSUS | NO. 19-12212 |
| JEFFERSON PARISH CORRECTIONAL CENTER, ET AL. | SECTION: "J"(1) |

# ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Detective Ryan Fanguy are **DISMISSED without prejudice** for failure to prosecute.

New Orleans, Louisiana, this 10th day of February, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE